IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LIVANZE MWIGAMANI,<br>　　　　Petitioner, | : Civil No. 3:14-cv-2389<br>:<br>: (Judge Mariani) |
| v. | : |
| ERIC HOLDER, *et al.*,<br>　　　　Respondents. | :<br>: |

## ORDER

**AND NOW**, this __15th__ day of December, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

　　　　　　　　　　　　　　　　　　　　/s/ Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　United States District Judge